# Court of Appeals
# of the State of Georgia

ATLANTA,  November 05, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0139.  BOBBY JOHNSON et al. v. PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE.**

Plaintiffs Bobby and Amanda Johnson filed a quiet title action against defendant PROF-2013-S3 Legal Title Trust, by U. S. Bank National Association, as Legal Title Trustee.  The defendant filed a motion to dismiss the complaint.  The trial court granted and dismissed the Johnsons' complaint with prejudice.  The trial court also entered an order granting the defendant attorney fees pursuant to OCGA § 9-15-14.  The Johnsons, proceeding pro se, filed this timely application for discretionary review.[1]

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35."  Here, the trial court's dismissal of the Johnsons' complaint constituted a final judgment.  This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).  Additionally, although an order awarding OCGA § 9-15-14 fees ordinarily requires a discretionary application, see OCGA § 5-6-35 (a) (10), here the attorney fees award is being appealed along with a directly appealable ruling.  Thus, no application is required.  See *Stancil v. Gwinnett County*, 259 Ga. 507, 508 (384

---

[1] Effective January 1, 2017, this Court has jurisdiction in "[c]ases involving title to land." OCGA § 15-3-3.1 (a) (1); see also Ga. L. 2016, p. 883, § 6-1 (c) (effective date).

SE2d 666) (1989); see also *Haggard v. Bd. of Regents*, 257 Ga. 524, 526 (4) (a) (360 SE2d 566) (1987).

Accordingly, this application is hereby GRANTED. The Johnsons shall have ten days from the date of this order to file a notice of appeal with the superior court, if they have not done so already. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to this court.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __11/05/2018__
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*